UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA TWIGG,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration,<br><br>    Defendant. | Case No. EDCV 05-510-JWJ<br><br>**ORDER GRANTING PLAINTIFF COUNSEL'S PETITION FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b)** |

Plaintiff's counsel has filed a Motion For Attorney Fees Pursuant to 42 U.S.C. §406(b). Defendant has filed a Response, and the matter has been taken under submission without oral argument.

## ORDER

Having considered the pleadings filed by counsel for plaintiff and defendant regarding plaintiff counsel's Motion For Attorney Fees pursuant to 42 U.S.C. § 406(b), **IT IS HEREBY ORDERED** that the Court awards plaintiff's counsel the sum of $8,000.00 pursuant to 42 U.S.C. § 406(b).

**IT IS FURTHER ORDERED** that plaintiff's counsel reimburse plaintiff $4,694.37 in EAJA ("Equal Access to Justice Act") fees previously

1  awarded to plaintiff's counsel.  Counsel shall serve a copy of this Order on
2  plaintiff within **fourteen (14) days** of the date of this Order, and file a
3  certificate of compliance with the Court within **fourteen (14) days**
4  thereafter.

6  DATED: July 10, 2009

8                                  /s/
                  JEFFREY W. JOHNSON
9                    United States Magistrate Judge