1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

SANDRA A. TWIGG,                    )          No. ED CV 05-510-PLA
                                    )
                Plaintiff,          )
                                    )
        v.                          )          **REVISED ORDER GRANTING MOTION FOR**
                                    )          **ATTORNEY'S FEES PURSUANT TO**
MICHAEL J. ASTRUE,                  )          **42 U.S.C. § 406(b)**
COMMISSIONER OF SOCIAL              )
SECURITY ADMINISTRATION,            )
                                    )
                Defendant.          )
_____)

On May 19, 2009, plaintiff's counsel, Steven G. Rosales ("counsel"), field a Motion For Attorney Fees Pursuant to 42 U.S.C. § 406(b) (the "Motion"), seeking the amount of $12,420.50 for representing plaintiff in an action to obtain social security benefits, with reimbursement to plaintiff for the Equal Access to Justice Act ("EAJA") fees previously paid to counsel in the amount of $4,694.37.[1]   On June 18, 2009, defendant filed a Response in which defendant neither assented to nor objected to the amount of § 406(b) fees requested by counsel. (Response at 2). On July 10, 2009, Magistrate Judge Jeffrey W. Johnson, issued an Order in this action granting

---

[1]   Plaintiff was served with the Motion in which counsel informed plaintiff that she had a right to file a response to the Motion. (See Motion at 2; Proof of Service attached to Motion). Plaintiff did not file an opposition, or any other response, to the Motion.

1   counsel's petition for § 406(b) attorney fees in the amount of $8,000 and ordered counsel to

2   reimburse plaintiff $4,694.37 for EAJA fees previously awarded to counsel in this action.  Having

3   determined that the July 10, 2009, Order reflected an error in the of amount of § 406(b) fees to

4   be awarded in this action, the Court has vacated the July 10, 2009, Order.

5

6                                          **ORDER**

7          Having considered the pleadings filed by counsel and defendant regarding counsel's Motion

8   for Attorney Fees, and having conducted an independent check as to the reasonableness of the

9   fee sought here, the Court concludes that the attorney's fees requested by counsel pursuant to

10  42 U.S.C. § 406(b) are reasonable.  Accordingly, IT IS HEREBY ORDERED that: (1) counsel's

11  Motion for Attorney Fees is **granted**; (2) the Commissioner pay plaintiff's counsel the sum of

12  Twelve Thousand Four Hundred Twenty dollars and Fifty cents ($12,420.50); and (3) plaintiff's

13  counsel is directed to reimburse plaintiff in the sum of Four Thousand Six Hundred Ninety-Four

14  dollars and Thirty-Seven cents ($4,694.37), the amount already paid by defendant in EAJA fees.

15

16  DATED: June 25, 2010

17                                              PAUL L. ABRAMS
                                          UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28